EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 106 |
|---|---|
| Francisco J. Amundaray Rodríguez | 174 DPR _____ |

Número del Caso: TS-9837

Fecha: 11 de junio de 2008

Abogado de la Parte Peticionaria:

Por Derecho Propio

Oficina de Inspección de Notarías:

Lcda. Marla D. Ríos Díaz
Directora Auxiliar

Materia: Reinstalación al ejercicio de la notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Francisco J. Amundaray Rodríguez

TS-9837

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 11 de junio de 2008.

Examinada la Moción en cumplimiento de Resolución presentada por la Directora Auxiliar de la Oficina de Inspección de Notarias, Lcda. Marla D. Ríos Díaz, se autoriza la reinstalación del Lcdo. Francisco J. Amundaray Rodríguez al ejercicio de la notaría efectivo inmediatamente. Se le apercibe al licenciado Amundaray Rodríguez que en el futuro deberá dar estricto cumplimiento a las normas que rigen el derecho notarial y se ordena el archivo de la presente causa.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina. El Juez Asociado señor Rebollo López no intervino.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo, Interina